UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE THOMAS CYRUS III,
ARMONY TREMAINE PARKER,
STANLEY RICO JONES, JR., and
KASH KANI JACKSON,

    Defendants.

_____/

No. 1:25-CR-00129

Hon. JANE M. BECKERING
United States District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

## General Allegations

At all times material to this Superseding Indictment:

1. Auto-Owners Insurance was a provider of insurance services headquartered in Lansing, Michigan. Its claims processing center ("Claims Center") is housed in Lansing, Michigan.

2. The Defendant, WILLIE THOMAS CYRUS III, was employed by Auto-Owners Insurance as a Claims Representative in Auto-Owners Insurance's Kennesaw, Georgia branch office. His duties included processing insurance claims.

## COUNT 1
**(Conspiracy to Commit Wire Fraud)**

1. The General Allegations above are hereby incorporated in this Count.

2. From on or about January 19, 2024, through on or about April 23, 2024, in the Western District of Michigan and elsewhere, the Defendants,

**WILLIE THOMAS CYRUS III,
ARMONY TREMAINE PARKER,
STANLEY RICO JONES, JR., and
KASH KANI JACKSON**,

did knowingly conspire, confederate and agree with each other and persons known and unknown to the Grand Jury to devise a scheme and artifice to defraud Auto-Owners Insurance and others to obtain money by means of materially false and fraudulent pretenses and representations and concealment of material facts using wire communications in interstate and foreign commerce.

### OBJECT, MEANS, AND METHODS

3. The object of the conspiracy was for the Defendants to unlawfully enrich themselves by defrauding Auto-Owners Insurance and others.

4. It was part of the conspiracy that WILLIE THOMAS CYRUS III processed Auto-Owners Insurance claims but submitted fictitious claims or altered the payee information for legitimate claims in Auto-Owners Insurance's Claims Center by using new and different email addresses, phone numbers and other payee information that ARMONY TREMAINE PARKER, STANLEY RICO JONES, and KASH JACKSON created.

5. Once the insurance claims were processed, the payments were made to PayPal and other accounts that the Defendants controlled.

6. Once the insurance claims were paid, the Defendants kept the proceeds for themselves.

7. Using these methods, the Defendants defrauded Auto-Owners Insurance of approximately $345,069.55.

8. It was part of the conspiracy that the Defendants transmitted and caused to be transmitted wire communications that traveled in interstate commerce through Auto-Owners Insurance's Claims Center in Lansing, Michigan.

**18 U.S.C. § 1349**
**18 U.S.C. § 1343**

## COUNT 2
### (Aggravated Identity Theft)

1. The General Allegations and the allegations in Count 1 above are hereby incorporated in this Count.

2. From on or about January 19, 2024, through on or about April 23, 2024, in the Western District of Michigan and elsewhere, the Defendants,

**ARMONY TREMAINE PARKER,**
**STANLEY RICO JONES, JR., and**
**KASH KANI JACKSON**,

did knowingly transfer, possess and use, and aid and abet others in transferring, possessing, and using, without lawful authority, means of identification of other persons, namely, names, addresses, dates of birth, Auto-Owners Insurance claim numbers and related data belonging to other persons, during and in relation to felony violations of 18 U.S.C. §§ 1349 and 1343, namely, conspiracy to commit wire fraud.

Specifically, the Defendants used the noted means of identification to defraud Auto-Owners Insurance, as charged in Count 1 of this Superseding Indictment.

**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 1028A(c)(5)**
**18 U.S.C. § 1028A(b)**
**18 U.S.C. 1028(d)(7)**
**18 U.S.C. § 2**

**FORFEITURE ALLEGATION**
(Conspiracy to Commit Wire Fraud and Wire Fraud)

The allegations contained in Count 1 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C), upon conviction of the violation of 18 U.S.C. §§ 1349 and 1343 set forth in Count 1 of this Superseding Indictment, the Defendants,

**WILLIE THOMAS CYRUS III,
ARMONY TERMAINE PARKER,
STANLEY RICO JONES, JR., and
KASH KANI JACKSON**,

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation. The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL PROPERTY: $39,000 U.S. Currency seized by law enforcement on or about April 23, 2025;

2. MONEY JUDGMENT: A sum of money equal to at least $345,069.55, which represents the proceeds obtained, directly or indirectly, from the offense charged in Count 1 of the Superseding Indictment; and

3. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

**18 U.S.C. § 981(a)(1)(C)**
**28 U.S.C. § 2461(c)**
**21 U.S.C. § 853(p)**
**18 U.S.C. § 1349**
**18 U.S.C. § 1343**

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney